United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-2064

| | | |
|---|---|---|
| Phyllis Raedean Hyde, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Curtis H. Evans, County Judge, York | * | |
| County Courthouse; Charles W. | * | |
| Campbell, County Attorney, York | * | |
| County Courthouse; Dean Buller, | * | Appeal from the United States |
| Chairman, York County | * | District Court for the |
| Commissioners; Randy Campbell, | * | District of Nebraska |
| Zoning Commissioner; Dale Radcliff, | * | |
| Sheriff, York County Courthouse; York | * | [UNPUBLISHED] |
| Police Department, Don Klug, Chief | * | |
| and all others; York News-Times, Dan | * | |
| D. Collins, Publisher; Unknown Does, | * | |
| 1 to 99, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 3, 1997
Filed: September 25, 1997

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Phyllis Raedean Hyde appeals from a final order of the United States District Court[1] for the District of Nebraska, dismissing her complaint with prejudice for failing to comply with Federal Rule of Civil Procedure 8, and denying her motions for summary judgment. We have carefully reviewed the record and affirm on the basis of the district court's opinion. <u>See</u> 8th Cir. R. 47B. We also conclude the magistrate judge had the authority to grant leave to defendants to obtain substitute counsel. <u>See</u> 28 U.S.C. § 636(b)(1)(A).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, adopting the report and recommendation of the Honorable David L. Piester, United States Magistrate Judge for the District of Nebraska.